**IN RE: CHANGE OF NAME OF Ondre' RICHBURG**

**No. 381 WAL 2016**

Supreme Court of Pennsylvania.

February 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of February, 2017, the Petition for Allowance of Appeal is DENIED.